Judge Philip R. Martinez

**U.S. Department of Justice**
*United States Attorney*

2012 FEB 22  AM 9: 25

# United States District Court
## Western District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) **S E A L E D** |
| | ) |
| v. | ) **CRIMINAL NO. EP-12-CR-** |
| | ) |
| GUILLERMO GANDARA, JR. (1) | ) **EP12CR0324** |
| a.k.a. "Willie", a.k.a. "Godfather | ) |
| | ) |
| Defendant. | ) |

### ORDER FOR BENCH WARRANT

It appearing to the Court that an indictment has been returned against the below named Defendant, it is hereby ORDERED that warrant issue for the arrest of said Defendant, returnable instanter to the El Paso Division of this Court.

ENTERED at El Paso, Texas, this ____22ᵘᵈ____ day of ____Feb____, 2012.

UNITED STATES MAGISTRATE JUDGE

The United States Attorney recommends the following bail:

Defendant                          Recommended Amount of Bail

**GUILLERMO GANDARA, JR. (1)**         **DETAIN W/OUT BOND**
**a.k.a. "Willie", a.k.a. "Godfather**