

**U.S. Department of Justice**

**United States Marshals Service**
***Western District of Texas***

*United States Courthouse*
*Room 305*
*511 E. San Antonio Street*
*El Paso, Texas 79901*

February 23, 2012

**MEMORANDUM TO:** United States Attorney's Office
Attn: AUSA Jose Luis Gonzalez

**FROM:** Betty Cabrera, Investigative Research Specialist
W/TX - El Paso Division - Warrants Section

**SUBJECT:** Notice of Incarceration of Federal Prisoner

The below-named defendant was arrested:

| | |
|---|---|
| **DEFENDANT:** | Guillermo GANDARA, Jr. |
| **CASE #(S):** | EP-12-CR-324-PRM |
| **VIOLATION(S):** | CPWID Marijuana; Establishment of Manufacturing Ops |
| **DATE OF ARREST/DETAINER:** | February 22, 2012 |
| **INCARCERATED IN:** | El Paso County Detention Facility |

(County Jail/*BOP/TDC) **Contact the USMS Criminal Clerk @ 534-6078 to coordinate defendant's arrival.**

***Detainer filed with ________________ by the United States Marshals Service in ____________. United States Attorney needs to provide the United States Marshals Service with a Writ of Habeas Corpus ad prosequendum to bring defendant to court.***

cc: U.S. District Clerk/U.S. Magistrate
U.S. Probation/U.S. Pre-Trial
U.S. Marshals Service (Criminal Clerk)
U.S. Marshals Service (D.E.O.)
U.S. Marshals Service (USM123 File)