# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | § |
| | § |
|     **Plaintiff,** | § |
| v. | §    **CRIMINAL NO. EP-12-CR-0324-FM** |
| | § |
| **GUILLERMO GANDARA, JR.** | § |
| a.k.a. "Willie", a.k.a. "Godfather" (1), | § |
| | § |
|     **Defendant.** | § |

## **GOVERNMENT'S FORFEITURE BILL OF PARTICULARS**

The United States of America, by and through its attorney Robert Pitman, United States Attorney for the Western District of Texas, and the undersigned Assistant United States Attorneys, respectfully gives notice that the property subject to forfeiture as a result of the offenses alleged in Counts One through Five of the Superseding Indictment, as alleged in the Notice of Government's Demand for Forfeiture in the Indictment, includes but is not limited to the following additional property:

    a. $5,400.00, more or less, in United States Currency, which was seized from Guillermo Gandara, Jr., on or about February 22, 2012;

    b. $2,540.00, more or less, in United States Currency, which was seized from Guillermo Gandara, Jr., on or about February 22, 2012;

    c. one 2007 Hummer H2, bearing Vehicle Identification Number ("VIN") 5GRGN23UX7H112776; and

    d. one 1999 Ford Expedition, bearing VIN 1FMPU18L1XLB26878

    e.  **All right, title, and interest in 1.41 acres, more or less, of Tract 6-B-3, in Block 1, Socorro Grant, being more particularly described in Volume 1247, Page 1049, Deed Records of El Paso County, Texas.**

Dated: El Paso, Texas
       June 13, 2012

                                    Respectfully submitted,

                                    ROBERT PITMAN
                                  United States Attorney

                        By:        /s/
                                  Anna E. Arreola
                                  New York Registration No. 4151775
                                  Michael Rose Whyte
                                  Texas Bar No. 24051822
                                  Assistant United States Attorneys
                                  700 E. San Antonio, Suite 200
                                  El Paso, Texas 79901
                                  Tel: (915) 534-6884

## CERTIFICATE OF SERVICE

     I hereby certify that on June 13, 2012, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the following CM/ECF participant:

    Joe A. Spencer, Jr., Attorney for Guillermo Gandara, Jr.
    Attorney at Law
    1009 Montana
    El Paso, TX 79902

                                      /s/
                                  Anna E. Arreola
                                  Assistant United States Attorney